UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Talita James                                                   Docket Number: 05-cr-00182-WYD-0 1

**Petition for Modification of Conditions of Supervised Release**

    COMES NOW, Edwin Colunga, probation officer of the court, presenting an official report upon the conduct and attitude of Talita James who was placed on supervision by the Honorable Norman K. Moon sitting in the court at Western District of Virginia, on the 14 day of February, 2000, who fixed the period of supervision at 4 years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

    Defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer.

    Defendant shall not possess a firearm or destructive device and shall reside in a residence free of firearms and destructive devices.

    Defendant shall submit to warrantless search and seizure of person and property as directed by probation officer.

**On April 19, 2005, jurisdiction of the defendant's case was transferred from the Western District of Virginia to the District of Colorado.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
                            (If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons for the defendant to appear at a modification hearing.

        ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 18th day of December, 2006, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Edwin Colunga |
| | Edwin Colunga |
| | U.S. Probation Officer |
| s/ Wiley Y. Daniel | |
| Wiley Y. Daniel | Place: Denver. Colorado |
| United States District Judge | |
| | Date: December 7, 2006 |

**ATTACHMENT**

On July 3, 2003, and April 19, 2006, the conditions of supervised release were read and explained to the defendant. On those dates, she acknowledged in writing that the conditions had been read to her, that she fully understood the conditions, and that she was provided a copy of them. The term of supervised release commenced on June 27, 2003.

On May 22, 2005, the defendant was arrested by the Secret Service pursuant to a complaint, under Docket No. 06-mj-01104-BNB, charging Conspiracy to Commit Wire Fraud and Aiding and Abetting. On May 26, 2006, the defendant was released on a personal recognizance bond to a residential reentry center. She was released with an unopposed motion from that residential reentry center on October 19, 2006, and resumed her residence at 5231 E. Asbury Avenue, Denver, Colorado. On November 8, 2006, the defendant, along with co-defendants Nicole Puller and Torrence James (Talita James' brother) entered a plea of Not Guilty to the Second Superceding Indictment in the District of Colorado under Docket No. 06-cr-00244-EWN-03.

On November 21, 2006, I attempted to contact Ms. James at her reported residence at 5231 E. Asbury Avenue, Denver, Colorado, but no one answered the front door. I left my business card attached to the front door. On November 24, 2006, the defendant left me a voice message indicating that she moved in with her brother, Torrence James, because her roommate moved out of the home he was leasing.

On December 1, 2006, I confronted the defendant regarding her violation of moving without providing 10 days notice to the probation officer. Ms. James stated that her roommate, Mr. Findlater, had to move without giving her advance notice. She then took it upon herself to move in with her brother, Torrence James. Additionally, Torrence James has a prior felony conviction for narcotics trafficking, and has been known to operate a mortgage company.

The defendant's current allegations, under Docket No. 06-cr-00244-EWN-03 encompass crimes relating to home mortgages, and involve a total of seven individuals. This case has received media attention, and on separate occasions, the defendant and her brother have been named in this scheme.

Currently, the defendant's violations include moving without providing prior notice to the probation officer and moving in with her brother, Torrence James, who is a convicted felon without authorization, and along with the defendant, is currently under federal investigation. During my meeting with Ms. James on December 1, 2006, I requested that she sign the Waiver to Modify Conditions of Supervised Release, to place her in a residential reentry center, but she refused.

Based upon these violations, I am requesting that the defendant be summoned before the Court to address her violations, and that the appropriate action be imposed as deemed necessary by Your Honor.