PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. TALITA JAMES                                                   Docket Number: 05-cr-00182-EWN-01

**Petition for Issuance of Summons Due to Violation of Supervised Release**

COMES NOW, Edwin Colunga, probation officer of the court, presenting an official report upon the conduct and attitude of Talita James who was placed on supervision by the Honorable Norman K. Moon sitting in the court at the Western District of Virginia, on the 14th day of February, 2000, who fixed the period of supervision at four (4) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. Defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer.

2. Defendant shall not possess a firearm or destructive device and shall reside in a residence free of firearms and destructive devices.

3. Defendant shall submit to warrantless search and seizure of person and property as directed by the probation officer.

**On April 19, 2005, jurisdiction of the defendant's case was transferred from the Western District of Virginia to the District of Colorado under Docket No. 05-cr-00182-WYD-01.**

**On January 17, 2007, the case was reassigned to Your Honor to be addressed with Docket No. 06-cr-00244-EWN-03.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons for the defendant to appear at a supervised release violation hearing.

ORDER OF THE COURT

Considered and ordered this 28th day of March, 2007, and ordered filed and made a part of the record in the above case.

s/ Edward W. Nottingham

Edward W. Nottingham
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Edwin Colunga

Edwin Colunga
United States Probation Officer

Place:  Denver, Colorado
Date:   March 26, 2007

## ATTACHMENT

On July 3, 2003, and April 19, 2006, the conditions of supervised release were read and explained to the defendant. On those dates, she acknowledged in writing that the conditions had been read to her, that she fully understood the conditions, and that she was provided a copy of them. The term of supervised release commenced on June 27, 2003.

This petition is based on the following facts:

### 1.      VIOLATION OF LAW

On or about February 24, 2005, the defendant committed the following offense: Wire Fraud and Aiding and Abetting, in violation of 18 U.S.C. §§ 1343 and 2, which constitutes a Grade B violation of supervised release.

This charge is based on the following facts:

The defendant was arrested in Denver, Colorado, on May 22, 2006, by United States Secret Service agents pursuant to a compliant filed on the same date in the U.S. District Court, District of Colorado. The compliant alleged the defendant's involvement with Wire Fraud offenses. On January 5, 2007, the defendant pled guilty to Wire Fraud and Aiding and Abetting in Case No. 06-cr-00244-EWN-03. Sentencing has been set for April 6, 2007, and the defendant remains released on a personal recognizance bond.